UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LESINSKI,

    Plaintiff,                    Case No. 12-13160

                                           Paul D. Borman
                                           United States District Judge
v.

                                           Michael Hluchaniuk
                                           United States Magistrate Judge

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.

_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 15),
(2) DISMISSING CASE WITH PREJUDICE, and
(3) TERMINATING PENDING MOTION TO DISMISS (ECF NO. 11) AS MOOT

On May 6, 2013, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and to terminate the pending motion to dismiss (ECF No. 11) as moot. (ECF No. 15, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DISMISSES this action with prejudice and terminates all pending motions as MOOT.

IT IS SO ORDERED.

                                                               s/Paul D. Borman
                                                                PAUL D. BORMAN
                                                                UNITED STATES DISTRICT JUDGE

Dated:    June 11, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 11, 2013.

                                              s/Deborah R. Tofil
                                              Deborah R. Tofil